JOSEPH COHN, Suing for Himself as Stockholder and All Other Stockholders in Like Situation, Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. T. COHN, INC., a Domestic Corporation, TOBIAS COHN and Others, Appellants.— In a representative stockholder's action, orders denying defendants' motions to compel plaintiff to serve a second amended complaint separately stating and numbering the causes of action affirmed, with fifty dollars costs and disbursements. Defendants may answer within ten days from the entry of the order hereon upon payment of costs. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

CHARLES A. COLLIGAN, Respondent, v. IDA M. COLLIGAN, Appellant.— Interlocutory judgment in favor of plaintiff in an action for divorce and resettled order denying defendant's motion for a new trial unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

LEON DAWSON and RUTH DAWSON, Appellants, v. MARGARET HUNTER, Also Known as MARGARET R. HUNTER, Respondent.— Order of the County Court of Rockland county vacating a judgment entered in favor of the plaintiffs on default, in an action in which the defendant had not been served with process, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.